U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 29 2007

ROBERT H SHEMWELL, CLERK
BY_____ DEPUTY
    SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 93-50046-02** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **DARRYL GILLARD** | **MAGISTRATE JUDGE HORNSBY** |

## O R D E R

Before this Court is a Motion Under 28 U.S.C. § 2255 Motion to Vacate, Set Aside Judgment of Conviction and Correct Sentence by Person in Federal Custody [Doc. #307] filed by defendant, Darryl Gillard. On September 21, 2001, Gillard filed a Motion to Vacate under 28 U.S.C. § 2255 [Doc. #282] which was denied by Order issued on November 20, 2001. Subsequently, Gillard filed two motions to reconsider this Court's denial of Gillard's §2255 motion [Doc. #s 289 & 291] which were both denied. On March 28, 2005, Gillard filed a Motion to Amend his Motion to Vacate [Doc. #294] which was denied by Order issued on April 6, 2005 [Doc. #296] for failing to obtain authorization to file a second or successive §2255 petition.

As this is the third §2255 motion filed by this defendant, **IT IS ORDERED** that defendant's motion be and is hereby **DENIED** as Gillard has failed to obtain authorization from the Fifth Circuit to file a second or successive §2255 petition as required by 28 U.S.C. § 2255. Thus, this Court lacks jurisdiction to entertain such a motion. See Hooker v. Sivley, 187 F.3d 680, 681-82 (5th Cir. 1999).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 29 day of October, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE